**Order entered March 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01410-CV

### IN THE MATTER OF THE MARRIAGE OF JULIA L. VARGO
### AND ROBERT T. O'DONNELL

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-50667-2013**

## ORDER

We **GRANT** appellant's March 17, 2014 motion for an extension of time to file a brief.

Appellant shall file his brief on or before March 27, 2014. We caution appellant that no further

extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ADA BROWN
          JUSTICE